IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA M. BUSH | * | |
|     Plaintiff, | | |
| | * | |
| v. | | CIVIL ACTION NO. AW-11-1548 |
| | * | |
| CYNTHIA DAVIS | | |
| PEPCO | * | |
| KAREN LEFKOWITZ | | |
| CHERYL WALKER | * | |
| REALTY MANAGEMENT SERVICES | | |
| CYPRESS CREEK APARTMENTS | * | |
|     Defendants. | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA M. BUSH | * | |
|     Plaintiff, | | |
| | * | |
| v. | | CIVIL ACTION NO. AW-11-1551 |
| | * | |
| CYNTHIA DAVIS | | |
| REALTY MANAGEMENT SERVICES | * | |
| KAREN LEFKOWITZ[1] | | |
| CHERYL WALKER | * | |
| PEPCO | | |
|     Defendants. | * | |

## **MEMORANDUM**

Barbara M. Bush ("Bush") has submitted the above-captioned cases during the first week of June, 2011. The cases shall be consolidated for the purpose of preliminary review.

In the first case, Bush lists various defendants and indicates her complaint is filed "under the Federal Consumer Protection Act…the Fair Credit Billing Act…the Truth in Lending

---

[1] The Clerk shall amend the docket to reflect all the named party defendants.

Act…and the Federal Consumer Leasing Act….." The one-page complaint provides no factual basis for any claim.

In the second case, Bush indicates her complaint is filed under the "Federal Consumer Leasing Act…Federal Truth In Lending/Disclosure and…Federal Debt Collection" Act, cites various statutes, and states she is "disabled (diabetic/insulin)" under the Americans with Disabilities Act. Her claim against the named defendants centers around a dispute concerning a $1,763,35 utility bill. She further indicates defendants will not provide her with a 12-month written lease on her rental apartment.

Both cases appear related to *Bush v. Lefkowitz, et al.,* Civil Action No. AW-11-1446 (D. Md.). On May 25, 2011, that case was transferred to this court from the U.S. District Court for the District of Columbia.[2] The case involved a "contract" and referenced the Federal Consumer Leasing Act. Bush, who was at liberty on conditional release while her federal criminal charges were pending, *see United States v. Bush*, Criminal No. L-06-0202 (D. Md.),[3] alleged that she has been without a written lease at her Hyattsville apartment and claimed that certain oral agreements and conditions have been refused. Bush contended that in July of 2010, the U.S. Department of Housing and Urban Development ("HUD") filed a complaint against her property manager Cynthia Davis who, along with PEPCO employees, has been sending her threatening communications to disconnect her electric service.

The undersigned observes that soon after Judge Walton ordered the transfer of the case, Bush filed a Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a). *See Bush*, Civil Action No. AW-11-1446, ECF No. 4. Bush claimed that the matter was currently before HUD in a

---

[2]On April 30, 2011, U.S. District Judge Reggie Walton ordered that the case be transferred for lack of venue.

3 The criminal indictment against Bush was dismissed on June 6, 2011.

federal administrative proceeding, before the Maryland Public Service Commission in a state administrative proceeding, and before the Circuit Court for Prince George's County for judicial review. Bush's request was granted and the case dismissed without prejudice.

There is no indication in her most recent complaints that the administrative and state court proceedings already underway have been completed. Furthermore, the bare bones consolidated "complaint" does not contain sufficient facts to proceed in this court; indeed, at most the claims appear to reference disputes involving an apartment lease and payment of a utility bill which, without more, provide no basis for federal jurisdiction. Accordingly, the cases will be dismissed. A separate Order follows.

Date: June 21, 2011  _____
Alexander Williams Jr.
United States District Judge